■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD BROWN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Westchester County, dated April 26, 1960, which denied, without a hearing, his application to vacate a judgment of said court rendered March 15, 1956 after a jury trial, convicting him of robbery in the first degree, and imposing sentence upon him as a third felony offender. Said judgment of conviction was previously affirmed by this court (*People* v. *Brown*, 5 A D 2d 871, see, also, 11 A D 2d 731). Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Rabin, JJ., concur.

■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. W. SCOTT DAVIS, Appellant.— Appeal by defendant from a judgment of the County Court, Westchester County, rendered December 15, 1961 on his plea of guilty, convicting him of misconduct as an attorney, a misdemeanor (Penal Law, § 273), and sentencing him to serve a term of nine months in the Westchester County Penitentiary. Defendant contends that the court erred in denying his oral application, made before sentence, to withdraw his guilty plea, and that the sentence imposed was excessive. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KING DAVID PATE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Queens County, dated May 2, 1960, which denied, without a hearing, his application to vacate a judgment of said court, rendered July 31, 1957 on his plea of guilty, convicting him of attempted burglary in the second degree, and imposing sentence upon him as a prior felony offender. Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■     THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARDNER WARE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, dated September 25, 1961, which dismissed the writ and remanded him to the custody of respondent. Relator is imprisoned under a judgment of the Court of General Sessions, County of New York, rendered June 13, 1957 on his plea of guilty, convicting him of manslaughter in the first degree and sentencing him as a second felony offender. Relator contends, *inter alia*, that the judgment is invalid because the court failed to comply with sections 472 and 480 of the Code of Criminal Procedure. Order affirmed. No opinion. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.